NOT RECOMMENDED FOR PUBLICATION
File Name: 09a0763n.06

No. 08-5226

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

TERRY D. JONES,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　Defendant-Appellant,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　　) 　ON APPEAL FROM THE UNITED
　　　　　　　　　　　　　　　　　　　　　　　) 　STATES DISTRICT COURT FOR THE
UNITED STATES OF AMERICA,　　　　　　　　) 　EASTERN DISTRICT OF TENNESSEE
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff-Appellee.　　　　　　　　　　　)

**Before:　GILMAN and GRIFFIN, Circuit Judges; and STEEH, District Judge**[*]

**PER CURIAM.**　Terry Jones appeals the district court's order denying his motion to suppress.　At issue on appeal is whether there was reasonable suspicion to stop Jones based on the identification of Jones by Officer Bruce Conkey.　The district court overruled appellant's objections to Magistrate Judge H. Bruce Guyton's report and recommendation, which concluded that Conkey independently identified Jones after receiving a call from a confidential informant, but that Conkey did not rely on the content of the call other than to "trigger" Conkey's own memory.　After hearing oral argument and reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and **AFFIRMS** the district court's decision on this issue for the reasons well stated by Magistrate Judge Guyton in his report and recommendation.

---

[*] The Honorable George Caram Steeh, United States District Court Judge for the Eastern District of Michigan, sitting by designation.